**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **DON JOSEPH**, | Case No. 3:18-cv-1069-SB |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** |
| v. | |
| **WEST LINN PAPER COMPANY**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

United States Magistrate Judge Stacie Beckerman issued Findings and Recommendation in this case on April 24, 2020. ECF 27. Judge Beckerman recommended that the Court grant Plaintiff's motion for default judgment and award economic damages in the amount of $107,751.93 and noneconomic damages in the amount of $100,000. No party has filed objections.

Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party files an objection to a magistrate judge's findings and recommendations,

"the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review *de novo* magistrate judge's findings and recommendations if objection is made, "but not otherwise"). Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court review the magistrate judge's findings and recommendations for "clear error on the face of the record."

No party having made objections, this Court follows the recommendation of the Advisory Committee and reviews Judge Beckerman's Findings and Recommendation for clear error on the face of the record. No such error is apparent. Accordingly, the Court **ADOPTS** Magistrate Judge Beckerman's Findings and Recommendation (ECF 27). The Court GRANTS Plaintiff's motion for default judgment (ECF 19) and awards economic damages in the amount of $107,751.93 and noneconomic damages in the amount of $100,000, for a total award in the amount of $207,751.93.

**IT IS SO ORDERED.**

DATED this 12th day of May, 2020.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge